■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. EDUARDO M. CARRERAS, Admitted on April 9, 1979, at a term of the Appellate Division, First Department. [777 NYS2d

905]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Saxe, Ellerin, Williams and Friedman, JJ. [*See* 230 AD2d 366 (1997).]